Rev. 5/2017 Prisoner Complaint

# United States District Court
### Eastern District of North Carolina
### Western Division

**Case No.** _____

(To be filled out by Clerk's Office only)



Thomas, Arnett Arnett, Thomas
_____

_____

Inmate Number 92968-208

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Tucson Medical Center
Codac Behavioral Health Services
Office of the Behavioral Healthcare Licensure
_____

# COMPLAINT
(*Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Rev. 5/2017 Prisoner Complaint

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☑ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Arnett, Thomas
Name

92968-208
Prisoner ID #

Butner, Federal Medical Center
Place of Detention

P.O.Box 1600
Institutional Address

Butner     North Carolina     27509
City       State              Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee   ☐ State   ☐ Federal
☑ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

Page 2 of 10

Rev. 5/2017 Prisoner Complaint

## IV.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Tucson Medical Center

Defendant 1:    Codac Eileen Collins
Name

Current Job Title

E. 5th Street

Current Work Address

Tucson         Arizona         85713
City           State           Zip Code

Capacity in which being sued: ☐ Individual ☑ Official ☑ Both

Defendant 2:    Tucson Medical Center
Name

Current Job Title

E. Grant

Current Work Address

Tucson         Arizona
City           State           Zip Code

Capacity in which being sued: ☐ Individual ☑ Official ☑ Both

Rev. 5/2017 Prisoner Complaint

## Defendant(s) Continued

Defendant 3: __Bryon Herbel__
Name

__Ex Psychiatrist__
Current Job Title

Current Work Address

__Butner__           __N.C.__
City                  State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 4: __Office of the Arizona Department of Health Services__
Name

Current Job Title
__400 West Congress__
Current Work Address

__Tucson Arizona__   __AZ__    __85701__
City                State         Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Rev. 5/2017 Prisoner Complaint

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Tucson Medical Center

Date(s) of occurrence: September 2009 / January 2016 or 2017

State which of your federal constitutional or federal statutory rights have been violated:

Civil Rights

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> Who did what to you?

I had Gynecomastia and A Doctor from Tucson Womens Breast Center Operated on me And he was not proffessional in that Area.
Operated on my breast by removing Tissue and something happened to my stomach, neck.

Around January 2016 or 2017 Someone lied to dr. Bryan Herbel After I Signed A form on Sarveillance Camera in the 2E Recreation area. Someone told Dr. Bryan Herbel that I wasn't born at Tucson Medical Center. At ST. Marys Hospital the U.S. Marshalls took my Identification Arizona Drivers License.

Rev. 5/2017 Prisoner Complaint

**What happened to you?**

I went to the University Hospital At King Campus And was discharged After 1 night. I was not supposed to be released until After 1 whole day.
The Office of Behavioral Health Care Licensure at 400 West Congress investigated it and gave me the results As crossed out nothing was there As to a violation or not.

**When did it happen to you?**

**Where did it happen to you?**

Rev. 10/2015 Prisoner Complain

Breast Tissue Pain from medicine

| What was your injury? | |

Rev. 10/2015 Prisoner Complaint

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☑ Yes   ☐ No
    If no, explain why not:

Is the grievance process completed?   ☑ Yes   ☐ No
    If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Settle A lawsuit for me with or without A Hearing.

Rev. 10/2015 Prisoner Complaint

## VIII.  PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?  ☑ Yes  ☐ No

If yes, how many? __15__

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

(Still Pending) in Superiour Court Marraige to Kimberly Laventure Thomas
Charlotte Charla Thomas Cases/Re: D20082654
Waiting to be extradited back to Superior And Another case #
And federal Court in Tucson Arizona.
Ca I have Also Against Codac Behavioral Health
Services.
Two Cases in Superior Court Two wives.

Judge Zapata dismissed my lawsuit against
Codac with prejudice. In January 12 2010.

Rev. 10/2015 Prisoner Complaint

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

3/6/2022
Dated

Plaintiff's Signature

Thomas, Arnett Arnett Thomas
Printed Name

92968-208
Prison Identification #

P.O. Box 1600    Butner, N.C.    N.C.    27509
Prison Address        City         State    Zip Code



U.S. Department of Justice
Federal Bureau of Prisons
Federal Correctional Complex
Federal Medical Center
P. O. Box 1600
Butner, North Carolina 27509

August 30, 2021

Dr. Steven Dingle
MH
AZ Dept of Health Services
Div. of Beh.Health Services
150 N. 18th Avenue, Suite 200
Phoenix, AZ 85007
Via Encrypted E-Mail: steven.dingle@azdhs.gov

Re: **THOMAS, Arnett**
Register Number: 92968-208
DOB: 07/03/1974

<u>REQUEST FOR SUITABLE PLACEMENT</u>

Dear Dr. Dingle,

Mr. Thomas is committed to the custody of the Attorney General until placement in a suitable state mental health facility can be arranged, pursuant to Title 18, United States Code, Section 4246. Accordingly, we are required to seek placement for him in either his resident state and/or in the state where he was adjudicated. As such, please find Mr. Thomas' forensic report attached for your review to determine whether the State of Arizona can provide continued custody, care, and treatment for Mr. Thomas.

Following your review of this case, **I would greatly appreciate a written response to this request.** I welcome e-mails, fax, and letters. Please do not hesitate to contact me for any reason, my telephone number is 919-575-3900 x5474, my email is jleycock@bop.gov and my fax number is 919-575-4866. Thank you for your time and consideration. I look forward to hearing from you!

Sincerely,

Robin Jackson, LCSW. BCD
Clinical Social Worker
Federal Medical Center, Butner, NC
jleycock@bop.gov
(919) 575-3900 x5474
Enclosure: Forensic Evaluation