# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arnett Thomas,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Tucson Medical Center, et al.,<br><br>　　　　Defendants. | NO. CV-22-00143-TUC-CKJ (PSOT)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed April 19, 2022, judgment is entered against plaintiff for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Plaintiff to take nothing, and the Amended complaint and action are dismissed.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

April 19, 2022

　　　　　　　　　　　　　　　　　　s/ B. Cortez
　　　　　　　　　　　　　　By　　Deputy Clerk